# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KARLA M. VILLAREAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-1122-R |
| | ) | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Gary M. Purcell entered September 24, 2008. Doc. No. 33. Therein he recommends that Plaintiff's Application for Attorney's Fees and Supplemental Application be granted over Defendant's objection. The record reflects that no objection has been filed to the Report and Recommendation within the time limit prescribed therein, nor has Defendant sought an extension of time in which to object. Therefore, the Supplemental Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. An amended judgment shall be entered accordingly.

**IT IS SO ORDERED** this 16th day of October 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE